IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JESUS CURIPOMA; ANGEL SANCHEZ-JIMENEZ; JESUS LOZA SANTANA; ERASTO ARROYO BARCENAS; GABRIEL GUTIERREZ BECERRA; MELVIN AMADOR RODAS; JUAN CARLOS JIMENEZ PINEDA; DAVID MUNOZ-VEGA; IVAN RUANO NAVA; NOLIS LEYVA-GONZALEZ; JOSE CARLOS GOMEZ-COLORADO; JOSE LUIS DOMINGUEZ-ROJAS; ZAQUERO HERNANDEZ-OVILLA; MELVIN AMAYA ZELAYA; and OSCAR SERRANO MARTINEZ<br><br>    Plaintiffs,<br><br>VS.<br><br>STEVEN MCCRAW in his individual capacity; GREG ABBOTT in his individual and official capacities; BRYAN COLLIER in his individual capacity; BRAD COE in his individual capacity, and KINNEY COUNTY, TEXAS<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 22-397 |

## APPENDIX TO PLAINTIFFS' COMPLAINT

Plaintiffs file this Appendix to Plaintiffs' Complaint:

| Document | Appendix Nos. |
|---|---|
| TAB 1  Briscoe and Segovia Unit Confinees | 1-20 |
| TAB 2  Disaster Proclamation | 21-25 |
| TAB 3  Governor Abbott's Letter to Sheriffs | 26 |

TAB 4  Governor Abbott's Letter to Governors                              27-28

TAB 5  ACLU Letter                                                        29-78

TAB 6  ACLU Supplemental Letter                                           79-101

TAB 7  Governor Abbott's Letter to Pres. Biden                            102-103

TAB 8  Judge Ables Assignment Orders                                      104-106

TAB 9  Application for Writ of Prohibition and Motion to Stay             107-120

TAB 10  Judge Shahan Letter Order                                         121

TAB 11  Barcenas Petition for Writs of Mandamus                           122-144

TAB 12  TRLA Letter                                                       123-125

TAB 13  Affidavit of Brad Coe                                             126-130

TAB 14  Protest Letter                                                    131-136

TAB 15  Probable Cause Affidavits                                         137-148

TAB 16  Affidavit of Sheriff Coe Declaration of Authority                 149

TAB 17  Transcript Hearing   Writ of Habeas, Curipoma                     150-321

TAB 18  Morris Letter to CCA                                              322-326

TAB 19  Curipoma Application for Writ of Habeas Corpus                    327-335

TAB 20  Curipoma Order                                                    336

TAB 21  Twitter                                                           337-352

TAB 22  Article "Governor Abbott, DPS, TX National
         Guard Mark One Year Anniversary of OLS"                          353-358

TAB 23  Article "Governor Abbott, DPS Launch "Operation Lone Star"        359-360

TAB 24  Article "Texas empties prison to prepare to detain immigrants…"   361-365

TAB 25  Article "Texas Jails Fill with Migrants as Border Arrests Overwhelm
         Courts"                                                          366-374

TAB 26  Article "In pursuit of a Secure Border: Small Texas County Leads Charge
         Against Border Crime"                                            375-390

TAB 27  Video Operation Lone Star Briefing 12/2/21                                391

TAB 28  Video Operation Lone Star Briefing 12/9/21                                392

TAB 29  Article "Rise in Human Smuggling Cases Stretching Kinney Cty.
        Resources"                                                                393-396

TAB 30  Article "Governor Abbott Holds Roundtable On Border Security…"            397-400

TAB 31  Article "DPS, TMD Hold First Weekly Operation Lone Star Briefing"         401-403

TAB 32  Article "DPS, TMD Discuss Railcars, Staging Personnel at OLS…"            404-405

TAB 33  Article "TMD, DPS Provide Update on Progress of OLS…"                     406-407

TAB 34  Article "DPS, TMD, & TDCJ Discuss OLS Arrest and Detention…"              408-409

TAB 35  Article "Kinney Co. officials issue disaster declaration, calling on state.." 410-412

TAB 36  Article "Border County Struggles with Security as Abbott Postures"        413-418

TAB 37  Texas Penal Code Title 7. Offenses Against Property Chapter 30.           419-438

TAB 38  Press Release, Kinney County Attorney, October 26, 2021                   439

TAB 39  Texas Penal Code Title 1. Code of Criminal Procedure. Chapter 26.         440-468

TAB 40  Emergency Order Regarding Indigent Defense from Supreme Court             469-471

TAB 41  Renewed Emergency Order Regarding Indigent Defense from Supreme
        Court                                                                     472-474

TAB 42  Article "Thanks to local politics and a railroad, rural Kinney County
        Accounts for most of Texas' migrant arrests"                              475-489

TAB 43  Article "Governor Abbot Opens Operation Lone Star Jail Booking
        Facility in Jim Hogg County"                                              490-492

TAB 44  Article "Texas will bus migrants to the nation's capital, Abbott says"    493-495

TAB 45  *Gideon v. Wainwright*, Certiorari to the Supreme Court of Florida        496-513

TAB 46  Texas Penal Code Title 1. Chapter 1. General Provisions.                  514-526

TAB 47  *Rothgery v. Gillespie County, Texas* Certiorari to the US Court of
        Appeals for the Fifth Circuit                                             527-572

TAB 48  Article "Migrants arrested by Texas in border crackdown are being
    Imprisoned for weeks…"                                                             573-582

TAB 49  Operation Lone Star                                                                  583-585

TAB 50  Code of Criminal Procedure. Title 1. Chapter 17. Bail                                586-644

TAB 51  About Texas Courts                                                                   645-646

TAB 52  Article "Hundreds of migrants held for weeks without charges…"                       647-650

TAB 53  Article "Coronavirus shuts down legal proceedings in latest misstep…"                651-657

TAB 54  Advisory for Suggestion of Mootness for 140 Appellants and Response
    Of Remaining Fourt Appellants, *Ex parte* Sifuentes et al.                          658-938

TAB 55  Article "After delay, Texas to begin releasing migrants held in violation
    Of state law under Gov. Greg Abbott's border crackdown"                             939-945

TAB 56  Article "Governor Abbott Renews Border Security Disaster Declaration
    In October 2021"                                                                    946-948

TAB 57  Article "Texas court orders release of more than 200 migrants imprisoned
    In Gov. Greg Abbott's border security clampdown"                                    949-955

TAB 58  Article "In latest blunder, charges dropped against migrants arrested in Texas
    Governor's border crackdown because of faulty paperwork"                            956-963

TAB 59  Government Code Title 2. Judicial Branch Subtitle F.                                 964-1000

TAB 60  Government Code Title 2. Judicial Branch Subtitle A. Courts                          1001-1035

TAB 61  Judicial Assignments for Proceedings Under Article 15.17 by
    Supreme Court of Texas                                                              1036-1037

Respectfully submitted,

/s/Susan E. Hutchison
SUSAN E. HUTCHISON
Texas Bar No. 10354100
sehservice@FightsforRight.com

HUTCHISON & FOREMAN, PLLC
500 East 4th St., Ste. 100
Fort Worth, TX  76102

                S. Rafe Foreman
                Texas Bar No. 07255200
                srfservice@fightsforright.com

                HUTCHISON & FOREMAN, PLLC
                1312 Texas Ave. Suite #101
                Lubbock, Texas 79401
                Phone:  806-491-4911
                Fax:  806-491-9911

                Angelica Cogliano, SBN 24101635
                E.G. Morris, SBN 14477700
                Addy Miró, SBN 24055984
                505 West 12th Street, Suite 206
                Austin, TX 78701

                ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JESUS CURIPOMA; ANGEL SANCHEZ-JIMENEZ; JESUS LOZA SANTANA; ERASTO ARROYO BARCENAS; GABRIEL GUTIERREZ BECERRA; MELVIN AMADOR RODAS; JUAN CARLOS JIMENEZ PINEDA; DAVID MUNOZ-VEGA; IVAN RUANO NAVA; NOLIS LEYVA-GONZALEZ; JOSE CARLOS GOMEZ-COLORADO; JOSE LUIS DOMINGUEZ-ROJAS; ZAQUERO HERNANDEZ-OVILLA; MELVIN AMAYA ZELAYA; and OSCAR SERRANO MARTINEZ<br><br>    Plaintiffs,<br><br>VS.<br><br>STEVEN MCCRAW in his individual capacity; GREG ABBOTT in his individual and official capacities; BRYAN COLLIER in his individual capacity; BRAD COE in his individual capacity, and KINNEY COUNTY, TEXAS<br><br>Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§ | Case No._____ |

### AFFIDAVIT OF SUSAN E. HUTCHISON

Before me, the undersigned authority, came on to be deposed and under oath stated as follows:

"My name is Susan E. Hutchison. I am over the age of twenty-one (21) and am in all respects qualified to make this Affidavit. The information contained herein is within my personal knowledge and is true and correct.

"I am one of the attorney representing the Plaintiffs herein. I am familiar with the documents included in the Appendix to Plaintiffs' Response to Motion for Summary Judgment numbered 1-239 and all are true and correct copies as they were provided to me in discovery by Defendants and deposition transcripts that were taken in the course of discovery. Furthermore, all of the documents included in the Appendix are incorporated by reference into the above-mentioned Response to Motion for Summary Judgment."

Further Affiant sayeth not.

_____
SUSAN E. HUTCHISON

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public, to certify which witness my hand and official seal on April 27, 2022.

_____
NOTARY PUBLIC