IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JESUS CURIPOMA; ANGEL SANCHEZ-JIMENEZ; JESUS LOZA SANTANA; ERASTO ARROYO BARCENAS; GABRIEL GUTIERREZ BECERRA; MELVIN AMADOR RODAS; JUAN CARLOS JIMENEZ PINEDA; DAVID MUNOZ-VEGA; IVAN RUANO NAVA; NOLIS LEYVA-GONZALEZ; JOSE CARLOS GOMEZ-COLORADO; JOSE LUIS DOMINGUEZ-ROJAS; ZAQUERO HERNANDEZ-OVILLA; MELVIN AMAYA ZELAYA; and OSCAR SERRANO MARTINEZ<br><br>    Plaintiffs,<br><br>VS.<br><br>STEVEN MCCRAW in his individual capacity; GREG ABBOTT in his individual and official capacities; BRYAN COLLIER in his individual capacity; BRAD COE in his individual capacity, and KINNEY COUNTY, TEXAS<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 22-397-RP |

**SUPPLEMENT TO APPENDIX TO PLAINTIFFS' COMPLAINT**

Plaintiffs file this Supplement to their Appendix to Plaintiffs' Complaint.  Attached is a document which was inadvertently left off the initial Appendix.  It is Tab No. 48 which will need to be included in Plaintiff's Complaint.

TAB 48   Article "Migrants arrested by Texas in border crackdown are being
        Imprisoned for weeks…"                                              573-582

Respectfully submitted,

/s/Susan E. Hutchison
SUSAN E. HUTCHISON
Texas Bar No. 10354100
sehservice@FightsforRight.com

HUTCHISON & FOREMAN, PLLC
500 East 4th St., Ste. 100
Fort Worth, TX 76102

S. Rafe Foreman
Texas Bar No. 07255200
srfservice@fightsforright.com

HUTCHISON & FOREMAN, PLLC
1312 Texas Ave. Suite #101
Lubbock, Texas 79401
Phone: 806-491-4911
Fax: 806-491-9911

Angelica Cogliano, SBN 24101635
E.G. Morris, SBN 14477700
Addy Miró, SBN 24055984
505 West 12th Street, Suite 206
Austin, TX 78701

ATTORNEYS FOR PLAINTIFF

PLAINTIFFS' SUPPLEMENT                                              Page         2