# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **ERASTO ARROYO BARCENAS**, *et al.*,   *Plaintiffs, Individually and on Behalf of the Class of Those Similarly Situated*, | § § § § § | |
| v. | § § | Case No. 1:22-cv-00397-RP |
| **STEVEN MCCRAW** in his individual capacity, *et al.*,   *Defendants.* | § § § § | |

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

TO THE HONORABLE JUDGE ROBERT PITMAN:

NOW COME Plaintiffs Erasto Arroyo Barcenas, Melvin Amador Rodas, Ivan Ruano Nava, Nolis Leyva-Gonzalez, Jose Carlos Gomez-Colorado Jose Luis Dominguez-Rojas, Melvin Amaya Zelaya, Jesus Curipoma, Oscar Serrano Martinez, Christian Ivan Ruiz-Rodriguez, Israel Baylon Arellano, Jose Lopez Lozano, Miguel Lopez Lozano, Francisco Villalpando Ramos, and Cesar Galindo Escoto ("Plaintiffs"), together with Defendants Steven C. McCraw, Greg Abbott, Bryan Collier, Brad Coe, and Kinney County, Texas ("Defendants") (collectively, "the Parties"). At present, some Defendants have been served with process while others have agreed to waive service. For the convenience of the Parties and the Court alike, the Parties jointly move for entry of a scheduling order setting a single deadline for Defendants' responsive pleading(s), as well as responses and replies thereto.

### STANDARD OF REVIEW

"When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion if . . . a request is made before[] the original time or

1

its extension expires." FED. R. CIV. P. 6(b)(1). District courts have "broad discretion to grant or deny an extension." *Salts v. Eps*, 676 F.3d 468, 474 (5th Cir. 2012) (quoting Wright & Miller, Fed. Prac. & Proc. § 1165). "[A]n application for extension of time under Rule 6(b)(1)(A) normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." Fed. Prac. & Proc. § 1165.

## ARGUMENTS & AUTHORITIES

The Parties respectfully submit that good cause exists for entry of a single deadline to govern Defendants' responsive pleadings (and responses and replies thereto). Good cause exists for the extension and unified deadlines due to the length and complexity of the Complaint, as well as in the interests of economy and efficiency for the Court and the Parties.

The Parties jointly propose the following:

1. Defendants' responsive pleading(s) shall be filed on or before July 11, 2022.

2. Plaintiffs' response to Defendants' responsive pleading(s), if any, shall be filed on or before August 24, 2022.

3. Defendants' reply in support of their responsive pleading(s), if any, shall be filed on or before September 9, 2022.

## PRAYER

For these reasons, the Parties respectfully ask the Court to enter a scheduling order containing the aforementioned deadlines.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

| | |
|---|---|
| **CHRISTOPHER D. HILTON**<br>Chief, General Litigation Division | **SHANNA MOLINARE**<br>Chief, Law Enforcement Defense Division |
| /s/ *Benjamin L. Dower*<br>**Benjamin L. Dower**<br>Deputy Chief, General Litigation Division<br>Texas State Bar No. 24082931<br>benjamin.dower@oag.texas.gov<br>Attorney-in-Charge | /s/ *Jason T. Bramow*<br>**Jason T. Bramow**<br>Texas State Bar No. 24101545<br>jason.bramow@oag.texas.gov<br>Attorney-in-Charge |
| **Kimberly Gdula**<br>Texas Bar No. 24052209<br>kimberly.gdula@oag.texas.gov | **Jessica L. Weltge**<br>Texas Bar No. 24118585<br>jessica.weltge@oag.texas.gov |
| **William D. Wassdorf**<br>Texas Bar No. 24103022<br>will.wassdorf@oag.texas.gov | **Marlayna M. Ellis**<br>Texas Bar No. 24123448<br>marlayna.ellis@oag.texas.gov<br>Assistant Attorneys General |
| **Allison M. Collins**<br>Texas Bar No. 24127467<br>Allison.collins@oag.texas.gov<br>Assistant Attorneys General | Office of the Attorney General<br>Law Enforcement Defense Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-2080 / Fax (512) 370-9994 |
| Office of the Attorney General<br>General Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-2120 / Fax (512) 320-0667 | **ATTORNEYS FOR DEFENDANTS**<br>**EXECUTIVE DIRECTOR BRYAN COLLIER**<br>**EXECUTIVE DIRECTOR STEVEN MCCRAW** |
| **ATTORNEYS FOR DEFENDANT**<br>**GOVERNOR GREG ABBOTT** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Denton Navarro Rocha Bernal & Zech, P.C.
attorneys & counselors at law • rampagelaw.com

A Professional Corporation
2500 W. William Cannon Drive, Suite 609
Austin, Texas 78745

512/279-6431
512/279-6438 (Facsimile)
smtschirhart@rampagelaw.com

By: _____
SCOTT M. TSCHIRHART
State Bar No. 24013655

*ATTORNEYS FOR DEFENDANTS SHERIFF BRAD COE AND KINNEY COUNTY*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

/s/ *Susan E. Hutchison*
Susan E. Hutchison
Texas Bar No. 10354100
sehservice@FightsforRight.com

S. Rafe Foreman
Texas Bar No. 07255200
srfservice@fightsforright.com

HUTCHISON & FOREMAN, PLLC
1312 Texas Ave. Suite #101
Lubbock, Texas 79401
Phone: 806-491-4911
Fax: 806-491-9911

Angelica Cogliano, SBN 24101635
Addy Miro, SBN 24055984
E.G. Morris, SBN 14477700
505 West 12th Street, Suite 206
Austin, TX 78701

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2022, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                         */s/ Benjamin L. Dower*
                                         **Benjamin L. Dower**
                                         Deputy Chief, General Litigation Division