IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
June 02, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____jag_____
DEPUTY

ERASTO ARROYO BARCENAS, *et al.*, §
   *Plaintiffs, Individually and on* §
   *Behalf of the Class of Those* §
   *Similarly Situated*, §
    §
v. § Case No. 1:22-cv-00397-RP
    §
STEVEN MCCRAW in his individual §
capacity, *et al.*, §
   *Defendants.* §

## SCHEDULING ORDER

On this day, the Court considered the Parties' Joint Motion for Entry of Scheduling Order. Having determined that good cause exists for entry of the proposed scheduling order, the motion is hereby GRANTED. The Court therefore ORDERS the following:

1. Defendants' responsive pleading(s) shall be filed on or before July 11, 2022.

2. Plaintiffs' response to Defendants' responsive pleading(s), if any, shall be filed on or before August 24, 2022.

3. Defendants' reply in support of their responsive pleading(s), if any, shall be filed on or before September 9, 2022.

Signed this  2nd  day of  June , 2022.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE