IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERASTO ARROYO BARCENAS, *et al.*, | § | |
|    *Plaintiffs, Individually and on* | § | |
|    *Behalf of the Class of Those* | § | |
|    *Similarly Situated*, | § | |
| | § | |
| v. | § | Case No. 1:22-cv-00397-RP |
| | § | |
| STEVEN MCCRAW in his individual | § | |
| capacity, *et al.*, | § | |
|    *Defendants.* | § | |

## DEFENDANTS' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

TO THE HONORABLE JUDGE ROBERT PITMAN:

NOW COMES Defendants Steven C. McCraw, Greg Abbott, Bryan Collier, Brad Coe, and Kinney County, Texas ("Defendants") who file this unopposed motion to amend the Court's scheduling order. Defendants ask for one additional week to file their amended pleading in light of Plaintiffs amending their complaint between entry of the Court's original scheduling order and the deadlines contained therein.

### STANDARD OF REVIEW

"When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion if . . . a request is made before[] the original time or its extension expires." FED. R. CIV. P. 6(b)(1). District courts have "broad discretion to grant or deny an extension." *Salts v. Eps*, 676 F.3d 468, 474 (5th Cir. 2012) (quoting Wright & Miller, Fed. Prac. & Proc. § 1165). "[A]n application for extension of time under Rule 6(b)(1)(A) normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." Fed. Prac. & Proc. § 1165.

1

## ARGUMENTS & AUTHORITIES

The current briefing schedule governs the defendants' responsive pleading deadline as well as the response and replies thereto. The schedule was entered when Plaintiffs' Original Complaint was the live-pleading. *Compare* Dkt. #1, *with* Dkt. #8. Plaintiffs have since amended their pleading. *See* Dkt. #9, Dkt. #10. Defendants respectfully submit that good cause exists for amending the current briefing schedule and respectfully asks the Court to amend the deadlines as follows:

|  | **ORIGINAL DEADLINE** | **PROPOSED AMENDED DEADLINE** |
| --- | --- | --- |
| 1. Defendants' responsive pleading(s) shall be filed on or before | July 11, 2022 | July 18, 2022 (+1 week) |
| 2. Plaintiffs' response to Defendants' responsive pleading(s), if any, shall be filed on or before | August 24, 2022 | August 31, 2022 (+1 week) |
| 3. Defendants' reply in support of their responsive pleading(s), if any, shall be filed on or before | September 9, 2022 | September 16, 2022 (+1 week) |

## PRAYER

For these reasons, Defendants respectfully ask the Court to enter an amended scheduling order containing the aforementioned deadlines.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General
**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

| | |
| --- | --- |
| **CHRISTOPHER D. HILTON**<br>Chief, General Litigation Division | **SHANNA MOLINARE**<br>Chief, Law Enforcement Defense Division |

/s/ *Benjamin L. Dower*
**Benjamin L. Dower**
Deputy Chief, General Litigation Division
Texas State Bar No. 24082931
benjamin.dower@oag.texas.gov
Attorney-in-Charge

**Kimberly Gdula**
Texas Bar No. 24052209
kimberly.gdula@oag.texas.gov

**William D. Wassdorf**
Texas Bar No. 24103022
will.wassdorf@oag.texas.gov

**Allison M. Collins**
Texas Bar No. 24127467
Allison.collins@oag.texas.gov
Assistant Attorneys General

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
**ATTORNEYS FOR DEFENDANT
GOVERNOR GREG ABBOTT**

/s/ *Jason T. Bramow*
**Jason T. Bramow**
Texas State Bar No. 24101545
jason.bramow@oag.texas.gov
Attorney-in-Charge

**Jessica L. Weltge**
Texas Bar No. 24118585
jessica.weltge@oag.texas.gov

**Marlayna M. Ellis**
Texas Bar No. 24123448
marlayna.ellis@oag.texas.gov
Assistant Attorneys General

Office of the Attorney General
Law Enforcement Defense Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9994

**ATTORNEYS FOR DEFENDANTS
EXECUTIVE DIRECTOR BRYAN COLLIER
EXECUTIVE DIRECTOR STEVEN MCCRAW**

Denton Navarro Rocha Bernal & Zech, P.C.
attorneys & counselors at law • rampagelaw.com

A Professional Corporation
2500 W. William Cannon Drive, Suite 609
Austin, Texas 78745
512/279-6431
512/279-6438 (Facsimile)
smtschirhart@rampagelaw.com

By: _____
SCOTT M. TSCHIRHART
State Bar No. 24013655
*ATTORNEYS FOR DEFENDANTS SHERIFF BRAD COE AND KINNEY COUNTY*

## CERTIFICATE OF CONFERENCE

I, Benjamin L. Dower, hereby certify that on July 5, 2022, I corresponded via email with counsel for Plaintiffs, Susan E. Hutchison, who confirmed Plaintiffs' non-opposition and indicated that the new deadlines proposed herein were acceptable.

*/s/ Benjamin L. Dower*
**Benjamin L. Dower**
Deputy Chief, General Litigation Division

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2022, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Benjamin L. Dower*
**Benjamin L. Dower**
Deputy Chief, General Litigation Division