IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
July 07, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

ERASTO ARROYO BARCENAS, *et al.*, §
　*Plaintiffs, Individually and on* §
　*Behalf of the Class of Those* §
　*Similarly Situated*, §
　　　　　　　　　　　§
v. 　　　　　　　　　　§　Case No. 1:22-cv-00397-RP
　　　　　　　　　　　§
STEVEN MCCRAW in his individual §
capacity, *et al.*, §
　*Defendants.* §

## FIRST AMENDED SCHEDULING ORDER

On this day, the Court considered the Defendants' Unopposed Motion to Amend the Scheduling Order. Having determined that good cause exists, the motion is hereby GRANTED.

The Court therefore ORDERS the following:

1. Defendants' responsive pleading(s) shall be filed on or before July 18, 2022.

2. Plaintiffs' response to Defendants' responsive pleading(s), if any, shall be filed on or before August 31, 2022.

3. Defendants' reply in support of their responsive pleading(s), if any, shall be filed on or before September 16, 2022.

Signed this  7th  day of   July   , 2022.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE