IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERASTO ARROYO BARCENAS; MELVIN AMADOR RODAS; IVAN RUANO NAVA; NOLIS LEYVA-GONZALEZ; JOSE CARLOS GOMEZ-COLORADO; JOSE LUIS DOMINGUEZ-ROJAS; MELVIN AMAYA ZELAYA; JESUS CURIPOMA; OSCAR SERRANO MARTINEZ; CHRISTIAN IVAN RUIZ-RODRIGUEZ; ISRAEL BAYLON ARELLANO; JOSE LOPEZ LOZANO; MIGUEL LOPEZ LOZANO; FRANCISCO VILLALPANDO RAMOS; CESAR GALINDO ESCOTO,  Plaintiffs, Individually and On Behalf of the Class of Those Similarly Situated, | § § § § § § § § § § § § § § § § § § § | |
| VS. | § § | Case No. 22-397 |
| STEVEN MCCRAW in his individual capacity; GREG ABBOTT in his individual and official capacities; BRYAN COLLIER in his individual capacity; BRAD COE in his individual capacity, and KINNEY COUNTY, TEXAS Defendants. | § § § § § § | |

NOTICE TO THE COURT REGARDING AMICUS BRIEF

TO THE HONORABLE JUDGE OF SAID COURT

NOW COME PLAINTIFFS and file this Notice to the Court Regarding Amicus Brief, in support of which would respectfully show the following:

Attached as Exhibit 1 is a true and correct copy of the email exchange between counsel for requested amicus curiae and Plaintiff's counsel. It is the only communication between counsel

that occurred.  As can be seen, Plaintiff's counsel advised that the requested amicus curiae that the applicable deadline has passed and that Plaintiffs DID oppose the filing.  Plaintiffs have never represented in any form or manner that Plaintiffs were unopposed to the filing.

                 Respectfully submitted,

s/Susan E. Hutchison
Texas Bar No. 10354100
sehservice@FightsforRight.com

S. Rafe Foreman
Texas Bar No. 07255200
srfservice@fightsforright.com

HUTCHISON & FOREMAN, PLLC
1312 Texas Ave. Suite #101
Lubbock, Texas 79401
Phone:  806-491-4911
Fax:  806-491-9911

Angelica Cogliano, SBN 24101635
Addy Miro, SBN 24055984
E.G. Morris, SBN 14477700
505 West 12th Street, Suite 206
Austin, TX 78701

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

       On this day of August 23, 2022, Plaintiffs served their Notice on the following counsel via ECF:

Benjamin L. Dower
Deputy Chief, General Litigation Division
benjamin.dower@oag.texas.gov
Attorney-in-Charge
Kimberly Gdula
kimberly.gdula@oag.texas.gov
William D. Wassdorf
will.wassdorf@oag.texas.gov
Allison M. Collins
Allison.collins@oag.texas.gov

Assistant Attorneys General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
ATTORNEYS FOR DEFENDANT
GOVERNOR GREG ABBOTT

Jason T. Bramow
jason.bramow@oag.texas.gov
Attorney-in-Charge
Jessica L. Weltge
jessica.weltge@oag.texas.gov
Marlayna M. Ellis
marlayna.ellis@oag.texas.gov
Assistant Attorneys General
Office of the Attorney General
Law Enforcement Defense Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
ATTORNEYS FOR DEFENDANTS
EXECUTIVE DIRECTOR BRYAN COLLIER
EXECUTIVE DIRECTOR STEVEN MCCRAW

Scott M. Tschirhart
smtschirhart@rampagelaw.com
Denton Navarro Rocha Bernal & Zech, P.C.
2500 W. William Cannon Drive, Suite 609
Austin, Texas 78745
ATTORNEYS FOR DEFENDANTS
SHERIFF BRAD COE AND KINNEY COUNTY

Matt Crapo
Matt.crapo@protonmail.com
25 Massachusetts Ave. NW, Ste. 335
Washington, DC  20001
ATTORNEYS FOR IMMIGRATION REFORM LAW INSTITUTE

                                                                  s/Susan E. Hutchsion
                                                                  Susan E. Hutchison

**From:** Susan Hutchison <hutch@fightsforright.com>
**Date:** Wednesday, August 17, 2022 at 11:17 AM
**To:** "matt.crapo@protonmail.com" <matt.crapo@protonmail.com>
**Cc:** Gerry Morris <egm@egmlaw.com>, "Angelica@coglianolaw.com" <angelica@coglianolaw.com>, Addy Miro <addy@mirolawfirm.com>, Rafe Foreman <srforeman@fightsforright.com>
**Subject:** Barcenas v. McCraw, et al.

Mr. Crapo,

The Plaintiffs do oppose the filing of an amicus brief on behalf of IRLI as it is our understanding that the time for filing an amicus brief on behalf of the Defendants has expired per FRCP 29.   Thank you, Susan Hutchison

*Susan E. Hutchison*
Partner
HUTCHISON & FOREMAN
FIGHTS FOR RIGHT

Rated by Super Lawyers
15 YEARS

Tel   817-336-5533
Email: hutch@fightsforrig
Web:  www.FightsForRight.

500 E. 4th Street, Suite 10
Fort Worth, Texas 76

Confidentiality Notice: This email and any files transmitted herewith are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee, you shall not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake, and delete this e-mail from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance upon the contents of this information is strictly prohibited.

1312 Texas Avenue, Suite 1
Lubbock, Texas 79401

**EXHIBIT 1**

Page 1 of 1