# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ERASTO ARROYO BARCENAS, et al., <br><br> Plaintiffs, Individually and on Behalf of the Class of Those Similarly Situated, <br><br> v. <br><br> STEVEN MCCRAW in his individual capacity, et al., <br><br> Defendants. | Case No. 1:22-cv-00397-RP |

### RESPONSE TO NOTICE REGARDING AMICUS BRIEF

Undersigned counsel hereby responds to Plaintiffs' notice to the Court regarding amicus brief. Plaintiffs are correct that the email exchanged between Plaintiffs' counsel and undersigned indicates that they oppose the filing of an amicus brief. Unfortunately, and inadvertently, I misread the email as stating that Plaintiffs <u>did not</u> oppose the filing of an amicus brief while asserting that such a brief would be untimely under "FRCP 29." I apologize to both the Court and Plaintiffs for my mistaken misrepresentation. Further, I would simply note that there is no deadline for filing amicus briefs under Federal Rules for Civil Procedure. The Federal Rule for Appellate Procedure 29 imposes a 7-day deadline for amicus briefs, but no corresponding deadline is applicable here.

Amicus asks the Court to consider its pending motion for leave to file an amicus brief as an opposed motion for leave and grant the motion for the reasons set forth therein.

Respectfully submitted on August 23, 2022,

*/s/ Matt Crapo*
MATT A. CRAPO*
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
matt.crapo@pm.me
litigation@irli.org

* Pending *pro hac vice* admission

Counsel for *Amicus Curiae*
Immigration Reform Law Institute

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2022, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

/s/ Matt Crapo

MATT A. CRAPO