**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ERASTO ARROYO BARCENAS;** | § | |
| **MELVIN AMADOR RODAS; IVAN RUANO** | § | |
| **NAVA; NOLIS LEYVA-GONZALEZ; JOSE** | § | |
| **CARLOS GOMEZ-COLORADO; JOSE LUIS** | § | |
| **DOMINGUEZ-ROJAS; MELVIN AMAYA** | § | |
| **ZELAYA; JESUS CURIPOMA; OSCAR** | § | |
| **SERRANO MARTINEZ; CHRISTIAN IVAN** | § | |
| **RUIZ-RODRIGUEZ; ISRAEL BAYLON** | § | |
| **ARELLANO; JOSE LOPEZ LOZANO;** | § | |
| **MIGUEL LOPEZ LOZANO; FRANCISCO** | § | |
| **VILLALPANDO RAMOS; CESAR GALINDO** | § | |
| **ESCOTO,** | § | |
| **Plaintiffs,** | § | |
| **Individually and On Behalf of the Class** | § | |
| **of Those Similarly Situated,** | § | |
| | § | |
| **VS.** | § | **Case No. 22-397** |
| | § | |
| **STEVEN MCCRAW in his individual capacity;** | § | |
| **GREG ABBOTT in his individual and official** | § | |
| **capacities; BRYAN COLLIER in his individual** | § | |
| **capacity; BRAD COE in his individual capacity,** | § | |
| **and KINNEY COUNTY, TEXAS** | § | |
| **Defendants.** | § | |

PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION OF IMMIGRATION REFORM
LAW INSTITUTE TO FILE BRIEF AS *AMICUS CURIAE*

NOW COMES Plaintiffs, and files this its Response in Opposition to Motion of

Immigration Reform Law Institute to File Brief As *Amicus Curiae,* and in support thereof Plaintiffs

would show the Court as follows:

"The extent to which the court permits or denies *amicus* briefing lies solely within the

court's discretion." *U.S. ex rel. Gudur v. Deloitte Consulting LLP*, 512 F. Supp. 2d 920, 927 (S.D.

Tex. 2007), *aff'd sub nom. U.S. ex rel. Gudur v. Deloitte & Touche*, No. 07-20414, 2008 WL

3244000 (5th Cir. Aug. 7, 2008); *see also Waste Mgmt. of Pa., Inc. v. City of York*, 162 F.R.D. 34, 36 (M.D. Pa. 1995) ("The extent, if any, to which an *amicus curiae* should be permitted to participate in a pending action is solely within the broad discretion of the district court.") (collecting cases). Indeed, "[n]o statute, rule, or controlling case defines a federal district court's power to grant or deny leave to file an *amicus* brief ...." *Deloitte Consulting LLP*, 512 F. Supp. 2d at 927. In the absence of authority governing a district court's decision to grant or deny a nonparty's motion for leave to file an amicus brief, "district courts commonly refer to Rule 29 [of the Federal Rules of Appellate Procedure] for guidance."[1] *Id.* Moreover, "[f]actors relevant to the determination of whether amicus briefing should be allowed include whether the proffered information is '*timely and useful*' or otherwise *necessary to the administration of justice.*" *Id.* (emphases added); *see also Trahan v. Long Beach Mortg. Co.*, No. 9:05-CV-29 (TH/KFG), 2006 WL 8440677, at *1 n.1 (E.D. Tex. Feb. 9, 2006) ("Because there is no general right of non-parties to be heard in pending litigation, it is incumbent on those seeking amicus status to request leave to appear whereby they demonstrate that their participation is both *timely and useful.*" (emphasis added)); *Bryant v. Better Bus. Bureau of Greater Md., Inc.*, 923 F. Supp. 720, 728 (D. Md. 1996) ("A motion for leave to file an amicus curiae brief, however, *should not be granted* unless the court deems the proffered information *timely and useful* ...." (emphasis added) (citations, emphasis, and quotation marks omitted)).

In looking to Fed. R. App. P. 29 for guidance, the proposed amicus brief of Immigration Reform Law Institute fails to explain or support the desirability of such briefing in the instant case. (Fed. R. App. P. 29(3)(B). Furthermore, it is untimely both under Fed. R. App. P. 29 and due to the status of the current pending motions. In *Texas v. United States*, No. 6:21-CV-00003, 2021 WL 2172837, at *1–2 (S.D. Tex. Mar. 5, 2021), a request to file an amicus brief was denied

because the court found the proposed amicus brief was neither timely, useful, nor necessary to the administration of justice." Plaintiffs contend that the same analysis applies in the instant case to the proposed amicus brief of Immigration Reform Law Institute. The proposed brief is not timely. The deadline for Defendants' motions to dismiss has passed and Plaintiffs have already filed responses. The proposed brief offers nothing in addition to the issues already raised by the Defendants. The proposed amicus brief is not necessary to the administration of justice in this case and the motion should be denied.

FOR THE REASONS STATED, Plaintiffs pray that the Motion of Immigration Reform Law Institute to File Brief As *Amicus Curiae* be denied and for such further relief as justice may require.

Respectfully submitted,

s/Susan E. Hutchison
Texas Bar No. 10354100
sehservice@FightsforRight.com

S. Rafe Foreman
Texas Bar No. 07255200
srfservice@fightsforright.com

HUTCHISON & FOREMAN, PLLC
1312 Texas Ave. Suite #101
Lubbock, Texas 79401
Phone: 806-491-4911
Fax: 806-491-9911

Angelica Cogliano, SBN 24101635
Addy Miro, SBN 24055984
E.G. Morris, SBN 14477700
505 West 12th Street, Suite 206
Austin, TX 78701

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

On this day of September 6, 2022, Plaintiffs served their Response to *Amicus Curiae* Brief to Motion to Dismiss on the following counsel via ECF:

Benjamin L. Dower
Deputy Chief, General Litigation Division
benjamin.dower@oag.texas.gov
Attorney-in-Charge
Kimberly Gdula
kimberly.gdula@oag.texas.gov
William D. Wassdorf
will.wassdorf@oag.texas.gov
Allison M. Collins
Allison.collins@oag.texas.gov
Assistant Attorneys General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
ATTORNEYS FOR DEFENDANT
GOVERNOR GREG ABBOTT

Jason T. Bramow
jason.bramow@oag.texas.gov
Attorney-in-Charge
Jessica L. Weltge
jessica.weltge@oag.texas.gov
Marlayna M. Ellis
marlayna.ellis@oag.texas.gov
Assistant Attorneys General
Office of the Attorney General
Law Enforcement Defense Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
ATTORNEYS FOR DEFENDANTS
EXECUTIVE DIRECTOR BRYAN COLLIER
EXECUTIVE DIRECTOR STEVEN MCCRAW

Scott M. Tschirhart
smtschirhart@rampagelaw.com
Denton Navarro Rocha Bernal & Zech, P.C.
2500 W. William Cannon Drive, Suite 609
Austin, Texas 78745
ATTORNEYS FOR DEFENDANTS
SHERIFF BRAD COE AND KINNEY COUNTY

Matt Crapo
Matt.crapo@protonmail.com
25 Massachusetts Ave. NW, Ste. 335
Washington, DC  20001
ATTORNEYS FOR IMMIGRATION REFORM LAW INSTITUTE

s/Susan E. Hutchsion
Susan E. Hutchison