**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ERASTO ARROYO BARCENAS**, *et al.*, | § | |
| *Plaintiffs*, | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:22-CV-00397-RP** |
| | § | |
| **STEVEN C. MCCRAW**, *et al.*, | § | |
| *Defendants*. | § | |

---

**DEFENDANTS BRYAN COLLIER AND STEVEN MCCRAW'S MOTION TO**
**SUBSTITUTE ATTORNEY-IN-CHARGE**

---

Defendants Executive Director Bryan Collier and Director Steven McCraw (collectively, "Defendants"), by and through the Office of the Attorney General of Texas, file this Motion to Substitute Attorney-in-Charge. Previous attorney-in-charge, Assistant Attorney General Jason T. Bramow, is no longer employed by the Office of the Attorney General of Texas. The representation of Defendants in the above-captioned case has been administratively reassigned by the Office of the Attorney General to Assistant Attorney General Jessica L. Weltge. Should the Court grant this motion, Assistant Attorney General Jessica L. Weltge will remain as counsel for the Defendants and would be elevated to attorney-in-charge.

Defendants respectfully request that the Court remove Mr. Bramow as an attorney of record in this matter, and that all correspondence be addressed to Ms. Weltge at the Office of the Attorney General, Law Enforcement Defense Division, P.O. Box 12548, Austin, Texas 78711-2548. It is further requested that Mr. Bramow be removed from all electronic notices for this case.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief
Law Enforcement Defense Division

*/s/ Jessica L. Weltge*
**JESSICA L. WELTGE**
Texas State Bar No. 24118585
Jessica.Weltge@oag.texas.gov
Attorney-in-Charge

**Marlayna M. Ellis**
Texas Bar No. 24123448
marlayna.ellis@oag.texas.gov
Assistant Attorneys General

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9814

**ATTORNEYS FOR DEFENDANTS
EXECUTIVE DIRECTOR BRYAN COLLIER
AND DIRECTOR MCCRAW**

## NOTICE OF ELECTRONIC FILING

I, **JESSICA L. WELTGE**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing, a true and correct copy of **Defendants Bryan Collier and Steven McCraw's Motion to Substitute Attorney-in-Charge** in accordance with the Electronic Case Files System of the Western District of Texas on February 15, 2023.

/s/ *Jessica L. Weltge*
**JESSICA L. WELTGE**
Assistant Attorney General


## CERTIFICATE OF SERVICE

I, **JESSICA L. WELTGE**, Assistant Attorney General of Texas, certify that on February 15, 2023, a true and correct copy of **Defendants Bryan Collier and Steven McCraw's Motion to Substitute Attorney-in-Charge** was served via the Court's ECF System to all counsel of record.

/s/ *Jessica L. Weltge*
**JESSICA L. WELTGE**
Assistant Attorney General