IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **ERASTO ARROYO BARCENAS**, *et al.*, *Plaintiffs*, | § § § § |
| v. | §  CIVIL ACTION NO. 1:22-CV-00397-RP |
| **STEVEN C. MCCRAW**, *et al.*, *Defendants*. | § § § § |

# ORDER

Before the Court is Defendants Executive Director Bryan Collier and Director McCraw's Motion to Substitute Attorney-in-Charge. Upon due consideration, the Court is of the opinion that said motion is meritorious and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Assistant Attorney General Jason T. Bramow is withdrawn as attorney of record and Assistant Attorney General Jessica L. Weltge will be elevated to attorney-in-charge for Defendants Collier and McCraw. Assistant Attorney General Bramow will be removed from the docket and no longer noticed in this case.

SIGNED this _____ day of _____, 2023.

_____
JUDGE PRESIDING