

San Antonio  l  Austin  l  Rio Grande Valley l Texas Gulf Coast

2517 N. Main Avenue  l  San Antonio, Texas 78212-4685
V 210-227-3243  I  F 210-225-4481

March 7, 2023

Clerk of the Court                                                VIA E-NOTIFICATION
United States District Court Western Dist. of TX
Austin Division
501 West Fifth Street
Austin, Texas 78701

RE:   *Erasto Arroyo Barcenas, et al. v. Steven McCraw, et al.*
Civil Action No. 1:22-cv-00397-RP

To the Clerk of the Court:

Please be advised that I will be on vacation and out of the State during the following time period:

March 23, 2023 through April 2, 2023

By means of this correspondence, I respectfully request that no hearings be set during these times, or immediately thereafter.  I further request that no motions, pleadings, or other instruments be filed or served which require a response to be filed during this period or immediately thereafter.

Best regards,

SCOTT M. TSCHIRHART

ST/db

cc:   Susan E. Hutchison          **VIA E-NOTIFICATION**
      Angelica Cogliano           **VIA E-NOTIFICATION**
      E.G. Morris                 **VIA E-NOTIFICATION**
      Stanley Rafe Foreman        **VIA E-NOTIFICATION**

| | |
|---|---|
| Jason T. Bramow | **VIA E-NOTIFICATION** |
| Jessica L. Weltge | **VIA E-NOTIFICATION** |
| Marlayna M. Ellis | **VIA E-NOTIFICATION** |
| Allison M. Collins | **VIA E-NOTIFICATION** |
| Benjamin L. Dover | **VIA E-NOTIFICATION** |
| Kimberly Gdula | **VIA E-NOTIFICATION** |
| William D. Wassdorf | **VIA E-NOTIFICATION** |
| Paul M. Davis | **VIA E-NOTIFICATION** |
| Matt A. Crapo | **VIA E-NOTIFICATION** |