IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERASTO ARROYO BARCENAS, *et al.*, | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:22-CV-00397-RP |
| | § | |
| STEVEN C. MCCRAW, *et al.*, | § | |
| *Defendants*. | § | |

### DEFENDANTS BRYAN COLLIER AND STEVEN MCCRAW'S MOTION TO SUBSTITUTE ATTORNEY-IN-CHARGE

Defendants Executive Director Bryan Collier and Director Steven McCraw (collectively, "Defendants"), by and through the Office of the Attorney General of Texas, file this Motion to Substitute Attorney-in-Charge. Previous attorney-in-charge, Assistant Attorney General Jessica L. Weltge, is no longer employed by the Law Enforcement Defense Division of the Office of the Attorney General of Texas. The representation of Defendants in the above-captioned case has been administratively reassigned by the Law Enforcement Defense Division of the Office of the Attorney General to Assistant Attorney General Marlayna M. Ellis. Should the Court grant this motion, Assistant Attorney General Marlayna M. Ellis will remain as counsel for the Defendants and would be elevated to attorney-in-charge.

Defendants respectfully request that the Court remove Ms. Weltge as an attorney of record in this matter, and that all correspondence be addressed to Ms. Ellis at the Office of the Attorney General, Law Enforcement Defense Division, P.O. Box 12548, Austin, Texas 78711-2548. It is further requested that Ms. Weltge be removed from all electronic notices for this case.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief, Law Enforcement Defense Division

/s/ *Marlayna M. Ellis*
**MARLAYNA M. ELLIS**
Texas State Bar No. 24123448
marlayna.ellis@oag.texas.gov
Attorney-in-Charge

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9814

**ATTORNEYS FOR DEFENDANTS**
**EXECUTIVE DIRECTOR BRYAN COLLIER**
**AND DIRECTOR MCCRAW**

## NOTICE OF ELECTRONIC FILING

I, **MARLAYNA M. ELLIS**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing, a true and correct copy of **Defendants Bryan Collier and Steven McCraw's Motion to Substitute Attorney-in-Charge** in accordance with the Electronic Case Files System of the Western District of Texas on March 29, 2023.

> */s/ Marlayna M. Ellis*
> **MARLAYNA M. ELLIS**
> Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **MARLAYNA M. ELLIS**, Assistant Attorney General of Texas, certify that on March 29, 2023, a true and correct copy of **Defendants Bryan Collier and Steven McCraw's Motion to Substitute Attorney-in-Charge** was served via the Court's ECF System to all counsel of record.

> */s/ Marlayna M. Ellis*
> **MARLAYNA M. ELLIS**
> Assistant Attorney General