IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **ERASTO ARROYO BARCENAS,** *et al.*, *Plaintiffs*, | § § § § | |
| v. | § | **CIVIL ACTION NO. 1:22-CV-00397-RP** |
| **STEVEN C. MCCRAW,** *et al.*, *Defendants*. | § § § § | |

## ORDER

Before the Court is Defendants Executive Director Bryan Collier and Director McCraw's Motion to Substitute Attorney-in-Charge. Upon due consideration, the Court is of the opinion that said motion is meritorious and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Assistant Attorney General Jessica L. Weltge is withdrawn as attorney of record and Assistant Attorney General Marlayna M. Ellis will be elevated to attorney-in-charge for Defendants Collier and McCraw. Assistant Attorney General Weltge will be removed from the docket and no longer noticed in this case.

SIGNED this _____ day of _____, 2023.

_____
JUDGE PRESIDING