

San Antonio  I  Austin  I  Rio Grande Valley I Texas Gulf Coast

2500 W. William Cannon Drive, Suite 609  I Austin, Texas 78745-5320
V 512-279-6431  I  F 512-279-6438

May 12, 2023

Clerk of the Court                                    *via Electronic Notification*
Western District of Texas
Austin Division
501 W. 5th St., Ste 1100
Austin, TX 78701

RE:   *Erasto Arroyo Barcenas, et al. v. McCraw, et al.*
      *Case No: 1:22-cv-00397-RP*
      United States District Court - Western District of Texas, Austin Division

TO THE CLERK OF THE COURT:

Please be advised that I will be on vacation and out of the State during the following time period:

June 12, 2023, through June 16, 2023

By means of this correspondence, I respectfully request that no hearings be set during these times, or immediately thereafter.  I further request that no motions, pleadings, or other instruments be filed or served which require a response to be filed during this period or immediately thereafter.

Best regards,

Denton Navarro Rocha Bernal & Zech, P.C.
attorneys & counselors at law • rampagelaw.com

SCOTT M. TSCHIRHART

ST/db

Serving all of Texas from our San Antonio, Rio Grande Valley, Austin and Texas Gulf Coast offices