IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERASTO ARROYO BARCENAS, *et al.*, *Plaintiffs, Individually and on Behalf of the Class of Those Similarly Situated*, | § § § § § | |
| v. | § § | Case No. 1:22-cv-00397-RP |
| STEVEN MCCRAW in his individual capacity, *et al.*, *Defendants.* | § § § § | |

### DEFENDANT GOVERNOR GREG ABBOTT'S NOTICE OF ATTORNEY APPEARANCE

Defendant, Governor Greg Abbott ("Defendant"), respectfully files this Notice of Attorney Appearance and hereby notifies the Court that Assistant Attorney General Johnathan Stone has been assigned as co-counsel to represent Defendant in this case. Mr. Stone is licensed to practice law in the state of Texas, is a member in good standing of the State Bar of Texas and is admitted to practice law in the Western District of Texas. Allison Collins will remain on this case as lead counsel for Defendant. Please include Mr. Stone on all future filings and notifications.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

CHRISTOPHER D. HILTON
Chief – General Litigation Division

*/s/ Johnathan Stone*
**ALLISON M. COLLINS**
Texas Bar No. 24127467
Allison.collins@oag.texas.gov
Assistant Attorney General
Attorney-in-Charge

**KIMBERLY GDULA**
Deputy Chief, General Litigation Division
Texas Bar No. 24052209
kimberly.gdula@oag.texas.gov

**WILLIAM D. WASSDORF**
Texas Bar No. 24103022
Assistant Attorney General
will.wassdorf@oag.texas.gov

**JOHNATHAN STONE**
Texas Bar No. 24071779
Assistant Attorney General
johnathan.stone@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667

**ATTORNEYS FOR DEFENDANT
GOVERNOR GREG ABBOTT**

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2023, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Johnathan Stone*
JOHNATHAN STONE
Assistant Attorney General