IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERASTO ARROYO BARCENAS, *et al.*, | § | |
|    *Plaintiffs, Individually and on Behalf of the Class of Those Similarly Situated*, | § § § § | |
| v. | § § | Case No. 1:22-cv-00397-RP |
| STEVEN MCCRAW in his individual capacity, *et al.*, | § § § | |
|    *Defendants.* | § | |

**SECOND AMENDED SCHEDULING ORDER**

On this day, the Court considered the Defendants' Unopposed Motion to Amend the Scheduling Order. Having determined that good cause exists, the motion is hereby GRANTED. The Court therefore ORDERS the following:

1. Defendants' responsive pleading(s) shall be filed on or before June 30, 2023.

2. Plaintiffs' response to Defendants' responsive pleading(s), if any, shall be filed on or before August 9, 2023.

3. Defendants' reply in support of their responsive pleading(s), if any, shall be filed on or before August 25, 2023.

Signed this _____ day of _____, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE