**Exhibit C**

| | |
|---|---|
| **From:** | Brent Smith |
| **To:** | Steve.Munisteri@gov.texas.gov |
| **Subject:** | follow up |
| **Date:** | Monday, November 8, 2021 4:50:33 PM |

Mr. Munisteri,

I spoke to our sheriff just now. Here are a couple updates and clarifications.

As to the request for more ground resources from DPS in Kinney County for ranches. The Sheriff said only 1 ranch in the entire county has placed unrealistic conditions on DPS entering their property. This landowner is the sole owner of 16 miles of river property of the Rio Grande. However, all other ranchers in the county have been very accommodating towards DPS and are eager for more resources to access their land.

After we spoke it dawned on me what 2 pm conference call you were referring to. Yes, the sheriff was on our conference call with the Governor's office regarding the OLS grant. We are scheduled for weekly conference calls with Aimee Snoddy. Should we bring up these policy issues with her? I was under the impression she was solely part of the grant writing team.

**Brent Smith**
County Attorney
Kinney County, Texas
501 South Ann Street
PO. Box 365
Brackettville, TX 78832-0365
tel. 830-563-2240 fax 830-563-3104