# AFFIDAVIT

**THE STATE OF TEXAS**
**COUNTY OF MAVERICK**

BEFORE ME, the undersigned authority, on this day personally appeared Tom Schmerber, Sheriff of Maverick County Texas, who swore or affirmed to tell truth, and stated as follows:

"My name is Tom Schmerber. I am over the age of 18. I am of sound mind and capable of making this affidavit. I have personal knowledge of the facts written in this statement. I understand that this affidavit is made under penalty of perjury and the facts stated within this affidavit are true and correct.

"The Maverick County Jail has the ability and capacity to house a certain number of men and women. The Maverick County Jail has the ability to house, and does house, females on local county charges. The Maverick County Jail also houses females at the request of the United States Marshall's Office.

When "Operation Lone Star" began I had a meeting with the Texas Department of Public Safety, aka DPS. During that meeting I was asked to sign a letter, Attached as affidavit Ex. 1, in order for all persons arrested under "Operation Lone Star" to be held in a jail facility that was not Maverick County.

"During the above referenced meeting with DPS, I was told by DPS that only men would be arrested on criminal trespass charges. I was told by DPS no women would be arrested for criminal trespass. I never requested DPS to not arrest women. I was told by them it was their policy that women would not be arrested for criminal trespass."

"I swear under penalty of perjury the above is within my personal knowledge and is true and correct. Further I am making this affidavit of my own free will.

_Tom Schmerber_
Tom Schmerber
Sheriff of Maverick County Texas

BEFORE ME the undersigned authority on this day personally appeared Tom Schmerber, known to me to be the person whose name is subscribed to the foregoing instrument and after duly sworn by me did state upon his oath that the facts contained in said instrument are true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME on this, the 23rd day of September, 2022.

ZELMA A. GALINDO
Notary Public, State of Texas
Comm. Expires 06-16-2023
Notary ID 130260251

Notary Public in and for the State of Texas
My commission expires: 6/16/2023



# SHERIFF OF MAVERICK COUNTY

**ROBERTO PARRA**
JAIL ADMINISTRATOR

**TOM SCHMERBER**
SHERIFF

**ROBERTO DE LEON**
CHIEF DEPUTY

November 22, 2021

Mr. Brandon Wood, Executive Director
Texas Commission on Jail Standards
P.O. Box 12985
Austin, TX 78711

Executive Director Wood,
Due to Operation Lone Star and the number of inmates that are expected to be arrested and booked at the Tom Bowles Detention center in Maverick County, we will need to utilize repurposed Texas Department of Criminal Justice facilities approved for temporary housing. These temporary facilities will be utilized to house inmates arrested in conjunction with Operation Lone Star.
I would greatly appreciate your consideration of our request. If you require any additional information, please do not hesitate to contact me.
Sincerely,

Tom Schmerber
Maverick County Sheriff

David Saucedo
Maverick County Judge

**1051 BALBOA JONES MEMORIAL**
**EAGLE PASS, TX 78852**

**1 MILE EAST ON HWY. 57**
**TELEPHONE: (830)773-2321**
**FAX: (830) 752-1413**

affidavit Ex. 1



**ROBERTO PARRA**
JAIL ADMINISTRATOR

**TOM SCHMERBER**
SHERIFF

**ROBERTO DE LEON**
CHIEF DEPUTY

November 23, 2021

The Hon. Joe Frank Martinez
Val Verde County Sheriff
295 FM2523
Del Rio, Texas 78840

Re: Operation Lonestar processing center

Sheriff Martinez,

Please consider this letter as a formal request for permission from Val Verde County to be able to utilize the Val Verde Processing Center to transport undocumented subjects arrested under Operation Lonestar in Maverick County. Maverick County will be responsible for medical costs incurred by these subjects while awaiting transporting to the TDJC Brisce unit located in Dilley, Texas. Please contact me at your convenience should you have any questions. I will patiently await your response.

Sincerely,

Tom Schmerber
Maverick County Sheriff

1051 BALBOA JONES MEMORIAL
EAGLE PASS, TX 78852

1 MILE EAST ON HWY. 57
TELEPHONE: (830)773-2321
FAX: (830) 752-1413

affidavit Ex. 1



**ROBERTO PARRA**
JAIL ADMINISTRATOR

**TOM SCHMERBER**
SHERIFF

**ROBERTO DE LEON**
CHIEF DEPUTY

Defendant Name: _____
DOB: _____
SID#: _____
DL/ID#: _____
Description:
    Gender: _____
    Ethnicity: _____
    Height: _____
    Weight: _____

To Texas Department of Criminal Justice (TDCJ):

The above-listed defendant, arrested during Operation Lone Star, is in the custody of Sheriff Tom Schmerber of Maverick County, Texas. Our county was named in the disaster declaration issued by Governor Greg Abbott on May 31, 2021 and amended June 29, 2021. As a result of the significant number of individuals illegally crossing the border and committing state offenses, there is limited capacity within the Tom Bowles Detention Center in Maverick County. Sheriff Schmerber is requesting that TDCJ temporarily house said defendant at a TDCJ facility authorized to confine individuals arrested during Operation Lone Star. Any decisions regarding time calculations and release of this individual remain under the authority of the sheriff.

*[signature]*

The Hon. Tom Schmerber
Maverick County Sheriff

**1051 BALBOA JONES MEMORIAL**
**EAGLE PASS, TX 78852**

**1 MILE EAST ON HWY. 57**
**TELEPHONE: (830)773-2321**
**FAX: (830) 752-1413**

affidavit Ex. 1