Filed: 8/17/2022 10:59 AM
Margie R. Ibarra
County Clerk
Webb County, Texas
By: Frank Reyes, Deputy

Cause No. 2022CRB000722L1

| | |
|---|---|
| **The State of Texas**, | |
| Plaintiff, | **In the County Court** |
| v. | **Webb County, Texas** |
| **Luis Alexis Gonzalez-Morales**, | |
| Defendant. | |

## Notice of Stipulation

This Court has set a pretrial hearing date in this case for August 19, 2022 at 9:00 a.m. At that hearing, Mr. Gonzalez intends to introduce evidence to support, among other things, his motion to dismiss on selective-prosecution grounds and his writ of habeas corpus raising the same claim. To streamline the presentation of evidence, the parties have agreed to stipulate to the following:

> The State stipulates that women are not prosecuted for trespass as part of Operation Lone Star, even when they are found trespassing. The defense stipulates that women require separate housing and staffing from adult male detainees

Counsel wanted to give this Court notice about these concessions in advance of the hearing.

Respectfully submitted,

*/s/ Doug Keller*
Doug Keller
Texas State Bar # 24128659
1401 Crickets Avenue
Lubbock, Texas 79401
806.642.0828
dkeller@lpdo.org

Attorney for Mr. Gonzalez

Cause No. 2022CRB000722L1

**CERTIFICATE OF SERVICE**

I, Doug Keller, certify that a true and correct copy of the foregoing Notice of Stipulation was e-filed on August 17, 2022, which will provide notice to all parties of record.