IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERASTO ARROYO BARCENAS, *et al.*, *Plaintiffs, Individually and on Behalf of the Class of Those Similarly Situated*, | § § § § § | |
| v. | § § | Case No. 1:22-cv-00397-RP |
| STEVEN MCCRAW in his individual capacity, *et al.*, *Defendants.* | § § § § | |

**ORDER**

After considering the pleadings of the parties, the Court finds that Defendant Bryan Collier's Motion to Dismiss Plaintiffs' Third Amended Complaint should be **GRANTED**. Plaintiffs' claims against Defendant Bryan Collier are **DISMISSED WITH PREJUDICE**.

Signed this _____ day of _____, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE