IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ERASTO ARROYO BARCENAS, MELVIN AMADOR RODAS; IVAN RUANO NAVA; NOLIS LEYVA-GONZALEZ; JOSE CARLOS GOMEZ-COLORADO; JOSE LUIS DOMINGUEZ-ROJAS; MELVIN AMAYA ZELAYA; JESUS CURIPOMA; OSCAR SERRANO MARTINEZ; CHRISTIAN IVAN RUIZ-RODRIGUEZ; ISRAEL BAYLON ARELLANO; JOSE LOPEZ LOZANO; MIGUEL LOPEZ LOZANO; FRANCISCO VILLALPANDO RAMOS; CESAR GALINDO ESCOTO,<br>    Plaintiffs,<br>    Individually and On Behalf of the Class of Those Similarly Situated,<br><br>VS.<br><br>STEVEN MCCRAW in his individual capacity; GREG ABBOTT in his individual and official capacities; BRYAN COLLIER in his individual capacity; BRAD COE in his individual capacity, and KINNEY COUNTY, TEXAS<br>    DEFENDANTS. | §§§§§§§§§§§§§§§§§§§§§§§§§§  Case No. 1:22-cv-00397-RP |

**ORDER
ON DEFENDANTS COE AND KINNEY COUNTY's
UNOPPOSED MOTION TO ABATE DISCOVERY**

On this day, the Court considered DEFENDANTS, BRAD COE and KINNEY COUNTY, TEXAS' Unopposed Motion to Abate Discovery. The Court finds that the Defendants have provided sufficient reason regarding the necessity for abating discovery pending the Court's ruling on these Defendants' Motion to Dismiss Plaintiffs' Revised Complaint.

IT IS THERFORE ORDERED that the Defendants Coe and County's Motion to Abate Discovery is hereby GRANTED and discovery is abated until the Court rules on Defendant Coe's assertion of qualified immunity.

SIGNED THIS ___ day of _____, 2023.

_____
HONORABLE JUDGE

PREPARED BY:

**Denton Navarro Rocha Bernal & Zech, P.C.**
attorneys & counselors at law • rampagelaw.com

A Professional Corporation
2500 W. William Cannon Drive, Suite 609
Austin, Texas 78745
512/279-6431
512/279-6438 (Facsimile)
smtschirhart@rampagelaw.com
rldrinkard@rampagelaw.com

By: _____
SCOTT M. TSCHIRHART
State Bar No. 24013655
ROBERT L. DRINKARD
State Bar No. 24007128

*ATTORNEYS FOR DEFENDANTS, BRAD COE, in his individual capacity, AND KINNEY COUNTY, TEXAS*

*Proposed Order on Defs' Motion to Abate Discovery*

3