IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERASTO ARROYO BARCENAS; MELVIN AMADOR RODAS; IVAN RUANO NAVA; NOLIS LEYVA-GONZALEZ; JOSE CARLOS GOMEZ-COLORADO; JOSE LUIS DOMINGUEZ-ROJAS; MELVIN AMAYA ZELAYA; JESUS CURIPOMA; OSCAR SERRANO MARTINEZ; CHRISTIAN IVAN RUIZ-RODRIGUEZ; ISRAEL BAYLON ARELLANO; JOSE LOPEZ LOZANO; MIGUEL LOPEZ LOZANO; FRANCISCO VILLALPANDO RAMOS; CESAR GALINDO ESCOTO, Plaintiffs, Individually and On Behalf of the Class of Those Similarly Situated, VS. STEVEN MCCRAW in his individual capacity; GREG ABBOTT in his individual and official capacities; BRYAN COLLIER in his individual capacity; BRAD COE in his individual capacity, and KINNEY COUNTY, TEXAS Defendants. | § | Case No. 22-397 |

PLAINTIFFS' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

To the Honorable Judge Robert Pitman:

NOW COMES Plaintiffs, and moves the court and respectfully request an amendment to the Court's Scheduling Order [Doc. 51] and in support thereof Plaintiffs would show the Court as follows:

Plaintiffs Erasto Arroyo Barcenas, Melvin Amador Rodas, Ivan Ruano Nava, Nolis Leyva-Gonzalez, Jose Carlos Gomez-Colorado Jose Luis Dominguez-Rojas, Melvin Amaya Zelaya, Jesus Curipoma, Oscar Serrano Martinez, Christian Ivan Ruiz-Rodriguez, Israel Baylon Arellano,

1

Jose Lopez Lozano, Miguel Lopez Lozano, Francisco Villalpando Ramos, and Cesar Galindo Escoto ("Plaintiffs") filed their Third Amended Original Complaint on May 25, 2023. [Doc. 49]. Defendants' filed an Unopposed Motion to Amend Scheduling Order and a text Order was granted allowing Defendants' responsive pleadings to be filed on or before June 30, 2023. Defendants timely filed their Motions to Dismiss [Docs. 53-56].

## STANDARD OF REVIEW

"When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion if . . . a request is made before[] the original time or its extension expires." FED. R. CIV. P. 6(b)(1). District courts have "broad discretion to grant or deny an extension." *Salts v. Eps*, 676 F.3d 468, 474 (5th Cir. 2012) (quoting Wright & Miller, Fed. Prac. & Proc. § 1165). "[A]n application for extension of time under Rule 6(b)(1)(A) normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." FED. PRAC. & PROC. § 1165.

## ARGUMENTS & AUTHORITIES

Plaintiffs respectfully submit this unopposed motion to amend the Court's previous scheduling order, asserting that good cause exists to grant an extension in time for Plaintiffs' Response and Defendants' Reply to same. Good cause exists for the extension and unified deadlines due to the length and complexity of the Defendants' Motions to Dismiss, as well as in the interests of economy and efficiency for the Court and the Parties.

As such, Plaintiffs propose the following dates:

1. Plaintiffs' response to Defendants' responsive pleading(s), if any, shall be filed on or before September 8, 2023.

3. Defendants' reply in support of their responsive pleading(s), if any, shall be filed on or before October 9, 2023.

## PRAYER

For these reasons, Plaintiffs respectfully ask the Court to amend the prior scheduling order containing the aforementioned deadlines.

Respectfully submitted,

s/Susan E. Hutchison
Texas Bar No. 10354100
sehservice@FightsforRight.com

S. Rafe Foreman
Texas Bar No. 07255200
srfservice@fightsforright.com

HUTCHISON & FOREMAN, PLLC
1312 Texas Ave. Suite #101
Lubbock, Texas 79401
Phone:  806-491-4911
Fax:  806-491-9911

Angelica Cogliano, SBN 24101635
Addy Miro, SBN 24055984
E.G. Morris, SBN 14477700
505 West 12th Street, Suite 206
Austin, TX 78701

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On this day of August 9, 2023, Plaintiffs served their Unopposed Motion to Amend Scheduling Order on the following counsel via ECF:

Johnathan Stone
Johnathan.Stone@oag.texas.gov
Allison M. Collins
Allison.collins@oag.texas.gov
Assistant Attorneys General
Office of the Attorney General
General Litigation Division

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
ATTORNEYS FOR DEFENDANT
GOVERNOR GREG ABBOTT

Marlayna M. Ellis
marlayna.ellis@oag.texas.gov
Assistant Attorneys General
Office of the Attorney General
Law Enforcement Defense Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
ATTORNEYS FOR DEFENDANTS
EXECUTIVE DIRECTOR BRYAN COLLIER
EXECUTIVE DIRECTOR STEVEN MCCRAW

Scott M. Tschirhart
smtschirhart@rampagelaw.com
Denton Navarro Rocha Bernal & Zech, P.C.
2500 W. William Cannon Drive, Suite 609
Austin, Texas 78745
ATTORNEYS FOR DEFENDANTS
SHERIFF BRAD COE AND KINNEY COUNTY

Matt Crapo
Matt.crapo@protonmail.com
25 Massachusetts Ave. NW, Ste. 335
Washington, DC 20001
ATTORNEYS FOR IMMIGRATION REFORM LAW INSTITUTE

                                              s/Susan E. Hutchsion
                                              Susan E. Hutchison

## CERTIFICATE OF CONFERENCE

Plaintiffs' counsel has reached out to Defendants' counsel regarding the filing of this Motion to Amend Scheduling Order and all are unopposed to the filing of this Motion.

                                              s/Susan E. Hutchison
                                              Susan E. Hutchison