IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERASTO ARROYO BARCENAS; MELVIN AMADOR RODAS; IVAN RUANO NAVA; NOLIS LEYVA-GONZALEZ; JOSE CARLOS GOMEZ-COLORADO; JOSE LUIS DOMINGUEZ-ROJAS; MELVIN AMAYA ZELAYA; JESUS CURIPOMA; OSCAR SERRANO MARTINEZ; CHRISTIAN IVAN RUIZ-RODRIGUEZ; ISRAEL BAYLON ARELLANO; JOSE LOPEZ LOZANO; MIGUEL LOPEZ LOZANO; FRANCISCO VILLALPANDO RAMOS; CESAR GALINDO ESCOTO,<br>    Plaintiffs,<br>    Individually and On Behalf of the Class of Those Similarly Situated,<br><br>VS.<br><br>STEVEN MCCRAW in his individual capacity; GREG ABBOTT in his individual and official capacities; BRYAN COLLIER in his individual capacity; BRAD COE in his individual capacity, and KINNEY COUNTY, TEXAS<br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 22-397 |

## THIRD AMENDED SCHEDULING ORDER

On this day, the Court considered the Plaintiffs' Unopposed Motion to Amend the Scheduling Order. Having determined that good cause exists, the motion is hereby GRANTED.

The Court therefore ORDERS the following:

1. Plaintiffs' response to Defendants' responsive pleading(s), if any, shall be filed on or before September 8, 2023.

3. Defendants' reply in support of their responsive pleading(s), if any, shall be filed on or before October 9, 2023.

Signed this _____ day of _____, 2023.

                                                          2

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE