

San Antonio I Austin I Rio Grande Valley I Texas Gulf Coast

2500 W. William Cannon Drive, Suite 609 I Austin, Texas 78745-5320

V 512-279-6431 I F 512-279-6438

December 12, 2023

Clerk of the Court  *via Electronic Notification*
United States District Court
Western District of Texas, Austin Division
501 West Fifth Street, Suite 1100
Austin, Texas 78701

**RE:** *Erasto Arroyo Barcenas, et al. v. McCraw, et al.*
Civil Action No. 1:22-cv-00397-RP
U.S. District Court - Western District of Texas, Austin Division

TO THE CLERK OF THE COURT:

Please be advised that the undersigned will be on vacation and out of the State during the following time period:

December 18, 2023 – December 29, 2023.

By means of this correspondence, the undersigned respectfully requests that no hearings be set during these times, or immediately thereafter. We further request that no motions, pleadings, or other instruments be filed or served which require a response to be filed during this period or immediately thereafter.

Best regards,

Denton Navarro Rocha Bernal & Zech, P.C.
attorneys & counselors at law • rampagelaw.com

SCOTT M. TSCHIRHART

ST/agw

cc:

---

Serving all of Texas from our San Antonio, Rio Grande Valley, Austin and Texas Gulf Coast offices

Clerk of the Court
December 12, 2023
**2 |** P a g e

---

| | |
|---|---|
| Susan E. Hutchson<br>S. Rafe Foreman<br>HUTCHISON & FOREMAN, PLLC<br>1312 Texas Ave. Suite 101<br>Lubbock, Texas 79401<br>*ATTORNEYS FOR PLAINTIFFS* | VIA E-NOTIFICATION |
| Angelica Cogliano<br>Addy Miro<br>E.G. Morris<br>505 West 12th Street, Suite 206<br>Austin, Texas 78701<br>*ATTORNEYS FOR PLAINTIFFS* | VIA E-NOTIFICATION |
| Kimberly Gdula<br>Allison M. Collins<br>Johnathan Stone<br>Assistant Attorneys General<br>Office of the Attorney General<br>General Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>*ATTORNEYS FOR DEFENDANT*<br>*GOVERNOR GREG ABBOTT* | VIA E-NOTIFICATION |
| Marlayna M. Ellis<br>Assistant Attorney General<br>Office of the Attorney General<br>Law Enforcement Defense Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>*ATTORNEYS FOR DEFENDANTS*<br>*EXECUTIVE DIRECTOR BRYAN COLLIER AND*<br>*EXECUTIVE DIRECTOR STEVEN MCCRAW* | VIA E-NOTIFICATION |
| Matt A. Crapo<br>Christopher J. Hajec<br>IMMIGRATION REFORM LAW INSTITUTE<br>25 Massachusetts Ave., NW, Suite 335<br>Washington, DC 20001 | VIA E-NOTIFICATION |