IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERASTO BARCENAS, MELVIN AMADOR RODAS, IVAN RUANO NAVA, NOLIS LEYVA-GONZALEZ, JOSE CARLOS GOMEZ-COLORADO, JOSE LUIS DOMINGUEZ-ROJAS, MELVIN AMAYA ZELAYA, JESUS CURIPOMA, OSCAR SERRANO MARTINEZ, CHRISTIAN IVAN RUIZ-RODRIGUEZ, ISRAEL BAYLON ARELLANO, JOSE LOPEZ LOZANO, MIGUEL LOPEZ LOZANO, FRANCISCO VILLALPANDO RAMOS, and CESAR GALINDO ESCOTO, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN C. MCCRAW, GREG ABBOTT, BRYAN COLLIER, BRAD COE, and KINNEY COUNTY, TEXAS, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | 1:22-CV-397-RP |

**FINAL JUDGMENT**

On this date, the Court entered an order granting Defendants' motions to dismiss and dismissed all of Plaintiffs' claims with prejudice. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on February 5, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE